LEWIS *v.* FOREHAND, marshal.   TOOLE *v.* FOREHAND, marshal.

CANDLER, J.   Where, on the trial in a mayor's court of one accused of a violation of a municipal ordinance, the accused is convicted and sentenced to pay a fine, the court may subsequently, during the same term, amend its judgment by adding an alternative sentence to a term upon the public works, such alternative sentence being within the provision of the law under which the accused was convicted. 17 Am. & Eng. Enc. L. (2d ed.) 813 ; *Meaders* v. *State,* 96 *Ga.* 301.           *Judgment affirmed.   All the Justices concur.*

Argued June 9, — Decided June 26, 1903.

Habeas corpus.   Before Judge Henderson.   City court of Vienna. March 30, 1903.

In each case the plaintiff in error was tried before the mayor of the City of Vienna on the charge of doing business in that city without a license, and was found guilty ; and a fine of $100 was

assessed.    Announcement of intention to appeal was made, and bond was "fixed at $200." The mayor then proceeded to the trial of another case, nothing being said as to any further proceeding in those here in question.    About four hours later, the city marshal brought the plaintiff in error again before the mayor, who, over objection and protest, added to his judgment as first pronounced and as written on the docket: "or, in default thereof, that he labor upon the streets under the supervision of the marshal for and during the term of 30 days." On habeas corpus the plaintiff in error was remanded to the marshal's custody; and exceptions were taken.

Cited by counsel: 31 Cent. Dig. col. 1391 (h), (i); 41 Barb. 555; 17 Am. & Eng. Enc. L. 813, 815; 15 Ib. 172; Acts 1901, p. 698; 28 *Ga.* 235; 55 *Ga.* 435; 75 *Ga.* 164; 91 *Ga.* 166; 92 *Ga.* 379; 96 *Ga.* 299; 2 Allen, 144, s. c. 79 Am. Dec. 776; 14 How. (U. S.) 279; 9 Iowa, 444; 4 Minor's Inst. 461; 7 Wheat. 38; 3 Pet. 193; 3 McLean, 89; 3 Otto, 18.

*Crum & Jones*, for plaintiffs in error.

*L. L. Woodward* and *Hall & George*, contra.